697 A.2d 262

**Patricia Eileen FONDELIER, Appellant,**

v.

**Christine Marie FRY and Bruce Allen Fry, Appellees.**

**No. 0044 W.D. Appeal Docket 1996.**

Supreme Court of Pennsylvania.

Submitted March 3, 1997.

Decided Aug. 18, 1997.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

AND NOW, this 18th day of August, 1997, we dismiss the appeal as having been improvidently granted.

697 A.2d 577

**In re District Justice Bradford Clark TIMBERS, Lehigh County Magisterial District 31–2–03.**

Supreme Court of Pennsylvania.

Submitted Jan. 3, 1997.

Decided June 16, 1997.

No. 0178 Judicial Administration Docket No. 1.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 1997, in light of the removal of District Justice Timbers from office, this matter is dismissed as moot.